# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>David R Hagen | **FILED**<br><br>May 25, 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY JM1 DEPUTY CLERK |
| **Defendant**<br><br>Nautic Partners LLC | |
| **Chapter:** 7<br><br>**Case Number:** 1:06–bk–10733–GM<br><br>**Adversary Number:** 1:07–ap–01049–GM | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated:* 5/25/11                                                                                  *By Order of the United States Bankruptcy Court*


**Kathleen J. Campbell**
*Clerk of Court*

39/ JM1